IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DONNELL KING, | ) | 4:11CV03067 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT P. HOUSTON, Director, and | ) | |
| DENNIS BAKEWELL, Warden, | ) | |
| | ) | |
| Respondents. | ) | |

The petitioner, Donnell King, ("King") has filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (filing no. 1), a Motion for Leave to Proceed in Forma Pauperis (filing no. 2), and a copy of his institutional trust account statement (filing no. 4).

Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 fee. 28 U.S.C. § 1914(a). However, pursuant to 28 U.S.C. § 1915(a)(1)-(2), and after considering King's financial status as shown in the records of this court, provisional leave to proceed in forma pauperis will be granted and King is relieved from paying the fee at this time.

IT IS THEREFORE ORDERED that:

The Motion for Leave to Proceed in Forma Pauperis (filing no. 2) is provisionally granted and Donnell King will not be required to pay the $5.00 fee at this time.

Dated June 7, 2011.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge