IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DONNELL KING, | ) | 4:11CV3067 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT P. HOUSTON, Director, and | ) | |
| DENNIS BAKEWELL, Warden, | ) | |
| | ) | |
| Respondents. | ) | |

On November 10, 2011, Donnell King, the petitioner, filed a Petitioner Reply Brief. (Filing No. 20.)  In his reply, King asserts that he filed a motion for appointment of counsel on his application for postconviction relief on October 18, 2008. (*Id*. at CM/ECF p. 1.)  This motion does not appear to be included in the state court records.  Thus, the respondent shall have until January 6, 2012, to file  supplemental state court records that contain King's October 18, 2008, motion for appointment of counsel and any related documents, including, but not limited to, docket sheets and court orders.

IT IS THEREFORE ORDERED that the respondent shall have until January 6, 2012, to file supplemental state court records that contain King's October 18, 2008, motion for appointment of counsel and any related documents, including, but not limited to, docket sheets and court orders.

Dated December 14, 2011.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge